UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA MARIE PEREZ, FKA Lisa Marie Belyew,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MORELAND; et al.,<br><br>        Defendants - Appellees. | No. 24-129<br><br>D.C. No. 2:17-cv-00508-KJM-AC<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 29) for an extension of time to file a petition for rehearing is granted. The mandate is recalled for the limited purpose of considering the petition for panel rehearing.

The petition (Docket Entry No. 30) for panel rehearing is denied.

The mandate will reissue right away.

No further filings will be entertained in this closed case.