UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



AUG 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

LISA MARIE PEREZ, FKA Lisa Marie Belyew,

          Plaintiff - Appellant,

  v.

MORELAND; et al.,

          Defendants - Appellees.

No. 24-129

D.C. No.
2:17-cv-00508-KJM-AC

Eastern District of California,
Sacramento

MANDATE

---

The judgment of this Court, entered May 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT